IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PRIMO BAGGIOLINI, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-CV-432-RWS-JBB |
| OAK RIDGE-SOUTH GATE WATER WSC, *et al.* | § § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is the June 20, 2025 Report and Recommendation of the United States Magistrate Judge. Docket No. 7. The above-entitled action was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. The Report recommends Plaintiff's case be dismissed without prejudice for lack of subject matter jurisdiction.

Plaintiff, proceeding *pro se*, received the Report and Recommendation via electronic notification. Docket No. 3. As of this date, no objections to the Report and Recommendation have been filed. Because no objections have been filed, Plaintiff is barred from *de novo* review by the District Court of the Magistrate Judge's findings, conclusions, and recommendations. Moreover, except upon grounds of plain error, an aggrieved party is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined the Report and Recommendation of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219,

1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

    **ORDERED** that the above-entitled action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

    **So ORDERED and SIGNED this 8th day of July, 2025.**

    ROBERT W. SCHROEDER III
    UNITED STATES DISTRICT JUDGE